# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SCOTT N. SWANSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-3177-L** |
| | § | |
| **SOUTHERNCARLSON, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Unopposed Motion to Dismiss (Doc. 38), filed March 22,

2022.  The court determines that the motion should be and is hereby **granted**.  Accordingly, this

action and all claims of Plaintiff against Defendant are **dismissed with prejudice.**  The parties

shall bear their own costs and attorney's fees.

**It is so ordered** this 23rd day of March, 2022.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**